**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7052

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LEROY ELLIS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge. (4:94-cr-70036-jlk-mfu-2; 4:08-cv-80035-jlk-mfu)

Submitted:  May 20, 2009          Decided:  July 7, 2009

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leroy Ellis, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy Ellis appeals the district court's order denying his petition for redress of grievances. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ellis, Nos. 4:94-cr-70036-jlk-mfu-2; 4:08-cv-80035-jlk-mfu (W.D. Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED